UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY A. ABDULLA, | ) | Civil No. 07cv1091-L(LSP) |
| Plaintiff, | ) ) | **ORDER DENYING EX PARTE APPLICATION AND ORDERING DEFENDANT TO SUPPLEMENT NOTICE OF REMOVAL** |
| v. | ) ) | |
| RAKESH PATEL, | ) ) | |
| Defendant. | ) ) | |
| | ) ) | |

In this medical malpractice action, the government filed a Certification of Scope of Employment and a Notice of Substitution of United States of America as Defendant in Place of Rakesh Patel, M.D. pursuant to 28 U.S.C. §2679(d). Concurrently, the government filed an Ex Parte Application for an Order Establishing Time for the United States to Respond to Claim. Since the government has not provided sufficient information, the ex parte application is **DENIED WITHOUT PREJUDICE**.

This action was filed in State court on September 6, 2006. The government filed a notice of removal on June 14, 2007. The only pleading attached to the notice of removal is the State court complaint. It therefore appears that the notice of removal does not include "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action," as

required by 28 U.S.C. §1446(a). In addition, the district court "may require the removing party to file with its clerk copies of all records and proceedings in [the] State court . . .." 28 U.S.C. § 1447(b). Accordingly, the government is hereby **ORDERED** to file a copy of all State court records and proceedings in this action.

Upon filing of the foregoing, the government may renew its ex parte application to set a date by which to respond. In support of any such renewed application, the government shall provide evidence of the date it was served with the complaint.

**IT IS SO ORDERED.**

DATED: June 20, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL