1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  RAY A. ABDULLA, | Civil Case No. 07CV1091-L (LSP) |
| 12              Plaintiff, | |
| 13     v. | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| 14  UNITED STATES OF AMERICA, | |
| 15              Defendant. | |

19   Pursuant to Joint Motion to Dismiss without prejudice and for good cause having been
20   shown, this action is hereby **DISMISSED WITHOUT PREJUDICE**.
21   **IT IS SO ORDERED.**

23   DATED:  August 14, 2007

                                    _____
                                    M. James Lorenz
                                    United States District Court Judge